CLERK'S OFFICE U.S. DIST. COURT
ROANOKE VA

DEC 26 2013

JULI͏A ͏͏͏͏ ͏ ͏ EY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **ADRIAN NATHANIEL BACON,** | ) | **Civil Action No. 7:13-cv-00565** |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM OPINION** |
| **v.** | ) | |
| | ) | **By:    Samuel G. Wilson** |
| **C/O MICHAEL WOOD, et al.,** | ) | **United States District Judge** |
| **Defendant(s).** | ) | |

Adrian Nathaniel Bacon, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983.  By Order entered December 4, 2013, the court directed plaintiff to submit within 10 days from the date of the Order the required financial paperwork.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This _26th_ day of December, 2013.

_____
United States District Judge