# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ADRIAN NATHANIEL BACON, | ) |
| Plaintiff, | ) Case No. 7:13CV00565 |
| v. | ) **OPINION AND ORDER** |
| C/O MICHAEL WOOD, ET AL., | ) By: James P. Jones |
| | ) United States District Judge |
| Defendants. | ) |

*Adrian Nathanial Bacon, Pro Se Plaintiff.*

Plaintiff Adrian Nathanial Bacon has filed a Motion for Temporary Restraining Order (ECF No. 54), seeking a transfer away from Red Onion State Prison. He states that on October 15, 2014, officials verbally threatened that he would remain in segregation if he pursued his pending lawsuits and told him to watch what he "eat[s]." Because the allegations in Bacon's current motion concern nonparties and events unrelated to the claims in this action, the motion is improperly filed in this case. Moreover, Bacon offers no factual basis for the extraordinary interlocutory relief he seeks.[1]

---

[1] Temporary restraining orders are issued only rarely, when the movant proves that he will suffer injury if relief is not granted before the adverse party could be notified and have opportunity to respond. *See* Fed. R. Civ. P. 65(b). Bacon states that because of officers' comments on October 15, he will not eat any prison meals and fears for his life. Such speculative fears do not provide a factual basis for finding that the requested interlocutory relief should issue before prison officials have an opportunity to respond to Bacon's allegations. Moreover, Bacon clearly has not yet had time to exhaust

For the stated reasons, it is **ORDERED** that Bacon's motion is DENIED.

ENTER: October 22, 2014

/s/ James P. Jones
United States District Judge

---

administrative remedies as to these claims and cannot bring a lawsuit in federal court until he does so.  *See* 42 U.S.C. § 1997e(a).